THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Charles Richard Rafferty, Appellant.
 
 
 

Appeal From Oconee County
Alexander S. Macaulay, Circuit Court Judge

Unpublished Opinion No. 2005-UP-312
Submitted May 1, 2005  Filed May 6, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Aileen P. Clare, of Columbia, for Appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Christina Theos Adams, of Anderson, for Respondent.
 
 
 

PER CURIAM: Charles Richard Rafferty pled guilty to commission of a lewd act upon a child under sixteen.  The trial court sentenced him to fifteen years imprisonment, provided upon the service of twelve years, the balance would be suspended, with probation for five years.  Raffertys counsel attached to the final brief a petition to be relieved as counsel stating she had reviewed the record and concluded this appeal lacked merit.  Rafferty did not file a pro se response.  We dismiss pursuant to Anders v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991).  Counsels petition to be relieved is granted.1
APPEAL DISMISSED.  
 GOOLSBY, HUFF, and KITTREDGE, JJ., concur.  

1 We decide this case without oral argument pursuant to Rule 215, SCACR.